C. Edward Cather III, ISB No. 6297
John Cutler, ISB No. 9907
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
ECather@parsonsbehle.com
JCutler@parsonsbehle.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| MICHAEL ALLEN, an individual; CAMP BENCH HOLDINGS, LLC, an Idaho limited liability company; CAMP RIVER HOLDING, LLC, an Idaho limited liability company; CAMPBELL FARMS, INC., an Idaho corporation;<br><br>        Plaintiffs,<br><br>vs.<br><br>NEIL CAMPBELL, an individual,<br><br>        Defendant. | Case No. 4:20-cv-00218-DCN<br><br>**MOTION FOR ENTRY OF ORDER TO SHOW CAUSE ON CONTEMPT** |

Plaintiffs Michael Allen; Camp Bench Holdings, LLC; Camp River Holding, LLC; and

Campbell Farms, Inc. move the court (under Federal Rule of Civil Procedure 70(e), 18 U.S.C.

§ 401(3), and the Court's inherent power) for an order requiring Defendant, Neil Campbell, to

show cause why he should not (1) be held for civil contempt, (2) be brought before the court at a

time and place fixed by the court to answer for his violation of an injunction issued in this action

on February 25, 2021 (Dkt. 59), (3) be sanctioned for his contempt until he complies with the

Court's Order (Dkt. 59), and (4) have entered against him any further orders necessary and appropriate in this matter.

As grounds for this motion, movant shows the court:

1. On February 25, 2021, a final order was entered by the Court permanently enjoining Campbell as follows:

> Campbell shall assign his interests in the Entities to Allen through an escrow arrangement to be coordinated by Allen. Campbell shall do so no later than seven (7) calendar days from the date of this Order.

*Memorandum Decision and Order* at 23 (Dkt. 59).

2. On February 26, 2021, Allen (through his counsel) provided Campbell copies of the escrow agreement and assignments that were presented to this Court at the evidentiary hearing and that remain currently on file with Alliance Title & Escrow Company ("Escrow Agent"). *See Email from John E. Cutler to Veronica Saltz Turner, Gary Cooper, J.D. Oborn, and Barbie Snell* (February 26, 2021 @ 10:52 a.m.), attached as Exhibit A ("February 26th Email").

3. In the February 26th Email, Allen requested that Campbell sign the escrow agreements and assignments and deposit them with the Escrow Agent no later than March 4, 2021. *See id.*

4. Notwithstanding the entry of the final order, Campbell, contrary to the terms of the order and in violation of it, has failed to assign his interests in the Entities to Allen through an escrow agreement" that Allen coordinated. *Declaration of Ryan Jensen* attached as Exhibit B.

5. The time for Campbell's timely compliance has expired, and (based on his filings to this Court (Dkts. 60 & 63)) it appears Campbell has no intention of abiding by the Court's February 25th Order.

6. The foreclosure sale is still scheduled for April 6, 2021, meaning time remains of the essence. *See Declaration of Neil Campbell* (Dkt. 60) (asserting that nothing has changed at this point with respect to the scheduled foreclosure).

THEREFORE, Plaintiffs respectfully requests that an order be issued requiring defendant to appear before this Court on or before March 9, 2021 (whether by written response or a hearing) and show cause why he should not be adjudged in contempt of this honorable court.

DATED this 5th day of March, 2021.

PARSONS BEHLE & LATIMER

*/s/ C. Edward Cather*
C. Edward Cather

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 5th day of March 2020, I filed the foregoing document electronically, which caused these parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Gary L. Cooper
J.D. Oborn
Email: cooperobornfiling@cooper-larsen.com

VERONICA SALTZ TURNER, ESQ.
Email: saltzturner@aol.com

*/s/ C. Edward Cather*
_____
C. Edward Cather
Attorneys for Plaintiffs